# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Business and Premises associated with<br>1027 Lower Mill Road, Hixson, TN | ) ) ) ) ) ) ) Case No. 1:19-mj- 82 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and incorporated herein.

located in the \_\_\_\_Eastern\_\_\_\_ District of \_\_\_\_Tennessee\_\_\_\_ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (iv) & (B)(1); | Harboring Aliens for Commercial Advantage or Private Financial Gain |
| 18 U.S.C. § 922(g)(5); | Alien in Possession of Firearms |
| 18 U.S.C. §§ 1956(a)(1) and 1957(a). | Money Laundering |

The application is based on these facts:

See Attached Affidavit, Incorporated Herein

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of \_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*signature*
*Applicant's signature*

James Rives, Special Agent, Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 25, 2019

*signature*
*Judge's signature*

City and state: Chattanooga, Tennessee

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*